FILED'09 OCT 19 1529USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JONATHAN DEAN ACHTEMEIER, | ) | |
| | ) | Civil No. 08-6389-MO |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN BELLEQUE, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

MOSMAN, District Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.  Pending motions, if any, are DENIED AS MOOT.

DATED this __14__ day of October, 2009.

_____
Michael W. Mosman
United States District Judge

1 - JUDGMENT